# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BURRUEL, III,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00103-SAB (PC)<br><br>New Case No. 1:18-cv-00103-LJO-MJS (PC)<br><br>ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE MICHAEL J. SENG |

On January 22, 2018, Plaintiff Manuel Burruel, III filed this civil rights action pursuant to 42 U.S.C. § 1983 challenging emergency amendments to Cal. Code Regs. tit. 9, § 4350 as violating the U.S. Constitution. (ECF No. 1.) Upon review of this case, the Court finds that it is related under Local Rule 123 to the action entitled <u>Rainwater v. Allen</u>, 1:18-cv-00049-LJO-MJS. Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:18-cv-00049-LJO-MJS;

2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and reassigned to Magistrate Judge Michael J. Seng; and

3. The new case number shall be:

1

1: 18-cv-00103-LJO-SAB (PC) and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:  **February 26, 2018**        /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE