# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BURRUEL, III,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00103-LJO-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

Plaintiff Manuel Burruel, III, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2018, a findings and recommendations issued recommending that this action be dismissed for Plaintiff's failure to either file an amended complaint or notify the Court that he wished to proceed on claims found to be cognizable in a March 8, 2018 order. On June 11, 2018, Plaintiff filed objections to the findings and recommendations. In his objections, Plaintiff states that he never received the March 8, 2018 order. He also has filed a first amended complaint.

Based on Plaintiff's representation that he did not receive the May 8, 2018 order, the findings and recommendations filed May 21, 2018 are HEREBY VACATED. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **June 13, 2018**

                                          UNITED STATES MAGISTRATE JUDGE